UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, § § *Plaintiff*, § § ~v~ § § MARION COUNTY GOVERNMENT, § § LINDA MASON, § § RONNIE "BO" BURNETTE, and § § DALE WINTERS, § § *Defendants*. § | No 1-24-cv-00303-TRM-SKL<br><br>JURY DEMAND |

## AFFIDAVIT OF SERVICE

1. I am the affiant, Stephanie Smartt, and base this affidavit upon first-hand information. I am competent to make this affidavit.

2. On September 3, 2024, the plaintiff filed a complaint and the clerk issued a Summons for defendant Ronnie "Bo" Burnette.

3. On September 3, 2024, I picked up the Summons and Complaint from the office of Attorney Robin R. Flores.

4. On September 9, 2024, I served the Summons and Complaint to Sheila Crider, who is authorized to accept service for defendant Ronnie "Bo" Burnette at 5 Oak Avenue, Jasper, TN.

**AFFIANT STATES NOTHING FURTHER.**

STATE OF TENNESSEE )
COUNTY OF HAMILTON )

    I, Stephanie Smartt, first being duly sworn, do hereby make solemn oath that the facts contained in this affidavit are true to the best of my knowledge, information and belief.

This 11th day of September, 2024.

                                  *Stephanie Smartt*
                                  Stephanie Smartt, Process Server

Sworn to before me this 11th day of September, 2024.

_Wendi Sloop_ Notary Public
My commission expires: 7/30/25

[Notary Seal: WENDI SLOOP, STATE OF TENNESSEE NOTARY PUBLIC, HAMILTON COUNTY]

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| THOMAS WILLIAM MORGAN <br><br> *Plaintiff(s)* <br> v. <br> MARION COUNTY GOVERNMENT, LINDA MASON, RONNIE "BO" BURNETTE, and DALE WINTERS <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-303 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RONNIE "BO" BURNETTE
5 OAK AVE
JASPER, TN 37347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ROBIN RUBEN FLORES
4110-A BRANIERD RD.
CHATT., TN 37411

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/3/24

*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ronnie "Bo" Burnette
was received by me on *(date)* 09/03/24 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sheila Crider , who is designated by law to accept service of process on behalf of *(name of organization)* Ronnie "Bo" Burnette at 5 Oak Avenue, Jasper, TN on *(date)* 09/09/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 60.00 for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 9-11-2024

Stephanie Smartt
*Server's signature*

Stephaenie Smartt
*Printed name and title*

1600 Forest St. Chattanooga TN 37404
*Server's address*

Additional information regarding attempted service, etc: