IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:24-cv-303 |
| ) | |
| MARION COUNTY GOVERNMENT, ) | **JURY DEMAND** |
| LINDA MASON, RONNIE "BO" ) | |
| BURNETT, and DALE WINTERS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Now comes B. Thomas Hickey, Jr., and the law firm of Spicer Rudstrom, PLLC, and, without waiving any defense that may be applicable in this matter, enter an appearance of record on behalf of Defendants in this litigation and requests that all future pleadings, notices, correspondence, as well as any other matter pertaining to the above litigation, be served on and sent to the undersigned.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of September, 2024, I electronically filed this document along with any exhibits with the Clerk of the Court using CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Robin Ruben Flores
4110-A Brainerd Road
Chattanooga, TN 37411

                              **SPICER RUDSTROM, PLLC**

                             By:    */s/ B. Thomas Hickey, Jr.*
                                      B. Thomas Hickey, Jr.