**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | | |
|---|---|---|
| THOMAS WILLIAM MORGAN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:24-cv-303 |
| | ) | |
| MARION COUNTY GOVERNMENT, | ) | **JURY DEMAND** |
| LINDA MASON, RONNIE "BO" | ) | |
| BURNETT, and DALE WINTERS, | ) | |
| | ) | |
|     Defendants. | ) | |

## JOINT STIPULATION

Now come the parties, by and through counsel, and pursuant to Rule 12.1 of the Local Rules of Practice for the United States District Court for the Eastern District of Tennessee, file with the Court their Joint Stipulation and agree that Defendants shall be given a twenty-one (21) day extension of time from the date of the filing of this pleading within which to plead in response to Plaintiff's Complaint.  This is the first extension of time to plead in response to the Complaint.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**


By:     */s/ B. Thomas Hickey, Jr.*
        B. Thomas Hickey, Jr., BPR #019105
        Attorney for Defendants
        537 Market Street, Suite 203
        Chattanooga, TN 37402
        P: (423) 756-0262
        F: (423) 756-8489
        thickey@spicerfirm.com


By:     */s/ Robin Ruben Flores (by BTHjr. w/perm)*
        Robin Ruben Flores, BPR#20751
        Attorney for Plaintiff
        4110-A Brainerd Road
        Chattanooga, TN 37411
        P: 423-267-1575
        F: 423-267-2703
        robin@robinfloreslaw.com

2