# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| THOMAS WILLIAM MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:24-cv-303 |
| | ) | |
| MARION COUNTY GOVERNMENT, | ) | **JURY DEMAND** |
| LINDA MASON, RONNIE "BO" | ) | |
| BURNETT, and DALE WINTERS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF RULE 26 INITIAL DISCLOSURES

Defendants, by and through counsel, file with the Court their Notice of Service of Initial Disclosures and show that on this day, they served Plaintiff via email with their Rule 26 Initial Disclosures.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2024, I electronically filed this document along with any exhibits with the Clerk of the Court using CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Robin Ruben Flores
4110-A Brainerd Road
Chattanooga, TN 37411

                                                **SPICER RUDSTROM, PLLC**

                                        By:    */s/ B. Thomas Hickey, Jr.*
                                                        B. Thomas Hickey, Jr.