UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | | |
|---|---|---|
| THOMAS WILLIAM MORGAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | No 1-24-cv-00303-TRM-MJD |
| ~v~ | § | |
| | § | |
| MARION COUNTY GOVERNMENT, | § | JURY DEMAND |
| | § | |
| LINDA MASON, | § | |
| | § | |
| RONNIE "BO" BURNETTE, and | § | |
| | § | |
| DALE WINTERS, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES AND REQUESTS FOR PRODUCTION TO ALL DEFENDANTS

Plaintiff, through counsel, gives notice to the Court and all interested persons that on April 9, 2025 he delivered interrogatories and requests for production to Defendant Marion County Government and on April 13, 2025 to the individually named defendants.

By: /s/ *Robin Ruben Flores*

**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Counsel for Plaintiff
4110-A Brainerd Road
Chattanooga, Tennessee 37411
423. 267.1575 / fax 267.2703
robin@robinfloreslaw.com

CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing document to the persons listed on the ECF/CM receipt on the dates listed thereupon

/s/ *Robin Ruben Flores*