UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | | |
|---|---|---|
| THOMAS WILLIAM MORGAN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | No 1-24-cv-00303-TRM-MJD |
| ~v~ | § | |
| | § | |
| MARION COUNTY GOVERNMENT, | § | JURY DEMAND |
| | § | |
| LINDA MASON, | § | |
| | § | |
| RONNIE "BO" BURNETTE, and | § | |
| | § | |
| DALE WINTERS, | § | |
| | § | |
| *Defendants*. | § | |

### PLAINTIFF'S NOTICE OF SERVICE OF SECOND REQUESTS FOR PRODUCTION TO MARION COUNTY GOVERNMENT

Plaintiff, through counsel, gives notice to the Court and all interested persons that on September 27, 2025 he delivered a second request for production to Defendant Marion County Government.

By: /s/ *Robin Ruben Flores*

**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Counsel for Plaintiff
4110-A Brainerd Road
Chattanooga, Tennessee 37411
423. 267.1575 / fax 267.2703
robin@robinfloreslaw.com

~ 1 ~

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to the persons listed on the ECF/CM receipt on the dates listed thereupon

/s/ *Robin Ruben Flores*