IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| THOMAS WILLIAM MORGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 1:24-cv-303 |
| | ) | |
| MARION COUNTY GOVERNMENT, | ) | **JURY DEMAND** |
| LINDA MASON, RONNIE "BO" | ) | |
| BURNETT, and DALE WINTERS, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE OF SECOND SUPPLEMENT TO
RULE 26 TO INITIAL DISCLOSURES**

Defendants, by and through counsel, file with the Court their Notice of Service of Second Supplement to Rule 26 Initial Disclosures and show that on this day, they served Plaintiff via email with the same.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2025, I electronically filed this document along with any exhibits with the Clerk of the Court using CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Robin Ruben Flores
4110-A Brainerd Road
Chattanooga, TN 37411

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr.

2

Case 1:24-cv-00303-TRM-MJD   Document 32   Filed 10/01/25   Page 2 of 2   PageID #: 125