IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:24-cv-303 |
| MARION COUNTY GOVERNMENT, LINDA MASON, RONNIE "BO" BURNETT, and DALE WINTERS, | ) **JURY DEMAND** |
| Defendants. | ) |

## DEFENDANTS WITNESS LIST

Defendants, by and through counsel, pursuant to Rule 26(a)(3(A)(i) of the *Federal Rules of Civil Procedure* and the order of the Court [Doc. 22] file with the Court their Witness List as follows:

**I.   Defendants expect to call the following witnesses to testify at trial:**

1. Linda Mason (to be contacted through the undersigned counsel);

2. Ronnie "Bo" Burnett (to be contacted through the undersigned counsel);

3. Dale Winters (to be contacted through the undersigned counsel); and

4. County Mayor David Jackson, or another designee of Marion County, Tennessee (to be contacted through the undersigned counsel).

**II.   Defendants may call the following witnesses to testify at trial:**

1. David Jackson, Marion County Mayor (to be contacted through the undersigned counsel);

1

2. William Gouger, 28 Courthouse Square, Suite 100, Jasper, Tennessee 37347, (423) 942-9975Michael Lamb, NMS Labs, 3701 Welsh Rd., Willow Grove, PA 19090;

3. Thomas W. Morgan (to be contacted through his attorney Robin Flores);

4. Marion County, Tennessee Commissioners:

    i. David Abbot;
    ii. Don Adkins, Jr.;
    iii. Donald Blansett;
    iv. Ruric Brandt;
    v. Logan Campbell;
    vi. Jimmy Cantrell;
    vii. Steve Franklin;
    viii. Gene Hargis;
    ix. Chris Morrison;
    x. Jim Nunley;
    xi. Dennis Rollins;
    xii. Paul Schafer;
    xiii. Paula Thompson; and
    xiv. Sherry Allman.

One Courthouse Square, Jasper, Tennessee 37347 (423) 942-2552 (to be contacted through the undersigned counsel);

5. Don Leonard, 803 Hemlock Street, South Pittsburg, Tennessee 37380, 423-240-6299;

6. Jimmy Sneed, 1576 Hancock Road, Jasper, Tennessee (423) 595-3168;

7. Anthony Gamble, 5 N. Oak Avenue, Jasper, Tennessee, (423) 942-2525 (to be contacted through the undersigned counsel);

8. Any person identified by Plaintiff;

9. Any person identified in any party's answers to requests discovery including interrogatories and/or requests for production of documents;

10. Any person identified in any deposition or deposition exhibit;

11. Any person identified by any party in initial, supplemental, and/or expert disclosures; and

12. Any rebuttal or impeachment witness.

Defendants reserve the right to modify their Final Witness List consistent with the Court's order [Doc. 22] or pursuant to leave.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2023, I electronically filed this document along with any exhibits with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Robin Flores
4110-A Brainerd Road
Chattanooga, TN 37411

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr.