IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No: 1:24-cv-303 |
| MARION COUNTY GOVERNMENT, LINDA MASON, RONNIE "BO" BURNETT, and DALE WINTERS, | ) **JURY DEMAND** |
| Defendants. | ) |

## DEFENDANTS' FIRST AMENDED WITNESS LIST

Defendants, by and through counsel, pursuant to Rule 26(a)(3(A)(i) of the *Federal Rules of Civil Procedure* and the order of the Court [Doc. 22] file with the Court their First Amended Witness List as follows:

**I.  Defendants may call the following witnesses to testify at trial:**

1. Clarence Howard
   1020 Waterfront Place
   Kimball, TN  37347
   (423) 421-9775;

2. Joanie Spangler
   1 Courthouse Square
   Jasper, TN  37347
   (423) 942-2552 (to be contacted through the undersigned counsel);

3. All persons listed on Defendants' Rule 26 disclosures and any supplement to the same.

Defendants reserve the right to modify their Final Witness List consistent with the Court's order [Doc. 22] or pursuant to leave.  Defendants further incorporate by reference all individuals identified on their Final Witness List [Doc. 31].

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: <u>*/s/ B. Thomas Hickey, Jr.*</u>
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of October, 2025, I electronically filed this document along with any exhibits with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Robin Flores
4110-A Brainerd Road
Chattanooga, TN 37411

**SPICER RUDSTROM, PLLC**

By: <u>*/s/ B. Thomas Hickey, Jr.*</u>
B. Thomas Hickey, Jr.