IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:24-cv-303 |
| ) | |
| MARION COUNTY GOVERNMENT, ) | **JURY DEMAND** |
| LINDA MASON, RONNIE "BO" ) | |
| BURNETT, and DALE WINTERS, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR SUMMARY JUDGMENT

Now comes Marion County, Tennessee, identified as Marion County Government, Linda Mason, Ronnie "Bo" Burnett, and Dale Winters (hereinafter referred to as "Defendants" unless otherwise specifically identified), by and through counsel, and pursuant to Rule 56 of the *Federal Rules of Civil Procedure,* file with the Court their Motion for Summary Judgment as follows:

1. The above-styled case is a multi-count lawsuit that has its origin in two (2) meetings of the Marion County Commissioners that occurred on January 22, 2024 and June 24, 2024. See generally Plaintiff's Complaint. Please note that the January 22, 2024 meeting was conducted on January 29, 2024 because the same was rescheduled due to inclement weather. As such, the January 22nd meeting as referenced in Plaintiff's Complaint is referred to as the January 29th meeting in all documents regarding summary judgment.

2. Plaintiff claims, *inter alia,* that his right to free speech and to be free from unreasonable seizure was violated at the January 29, 2024 meeting and his right to free speech violated at the June 24, 2024 meeting.

3. Plaintiff has asserted the following causes of action: (i) deprivation of free speech in violation of the First Amendment at the January 29, 2024 commission meeting; (ii) deprivation of right to assemble in violation of the First Amendment at the January 29, 2024 commission meeting; (iii) deprivation of right to petition government for redress grievances in violation of the First Amendment at the January 29, 2024 meeting; (iv) deprivation of due process in violation of the Fourteen Amendment at the January 29, 2024 commission meeting; (v) unreasonable seizure in violation of the Fourth Amendment at the January 29, 2024 commission meeting; (vi) conspiracy to violate civil rights at the January 29, 2024 commission meeting; (vii and viii) common law assault and battery at the January 29, 2024 commission meeting; (ix) intentional infliction of emotional distress at the January 29, 2024 commission meeting; (x) deprivation of free speech in violation of the First Amendment at the June 24, 2024 commission meeting; (xi) intentional infliction of emotional distress at the June 24, 2024 commission meeting; and (xii) a state law claim under Tenn. Code Ann. § 8-8-302.

4. Defendants are (i) Linda Mason, former commission chair and current commissioner; (ii) Sheriff Ronnie Burnett; (iii) Dale Winters, Marion County Sheriff's Office School Resource Officer and deputy; and (iv) Marion County, Tennessee. Defendants all now move the Court for summary judgment as to all counts.

5. As it relates to the First Amendment claims from the January 29, 2024 meeting, Defendants respectfully show there was no such deprivation. Plaintiff's claim for deprivation of his right to speech and assemble fail as a matter of law.

6. In addition, Plaintiff's claims for deprivation of his right to free speech against Defendants Burnett and Winters likewise fail as neither denied Plaintiff his right to speech. Furthermore, Defendant Winters, although an employee of the Marion County Sheriff's Office,

was present at the January 29, 2024 meeting in his capacity as a citizen of Marion County and not as a state actor.

7. Furthermore, Defendants did not act in a conspiracy to deprive Plaintiff of his right to free speech and as such Plaintiff's claims for a civil conspiracy fail as a matter of law.

8. Plaintiff's claims for assault and battery against Defendants Burnett and Winters likewise fail as a matter of law as Plaintiff cannot satisfy and meet the essential and necessary elements of that cause of action.

9. As it relates to Plaintiff's claims for deprivation of his right to free speech during the June 24, 2024 meeting, Defendants are further entitled to summary judgment as Plaintiff was not denied his free speech and in fact fully addressed the Marion County Commission during that meeting.

10. Plaintiff is further not entitled to any recovery in this matter for intentional infliction of emotional distress as he cannot meet the necessary and essential elements of that cause of action.

11. In support, Defendants have filed with the Court a Joint Appendix and Memorandum of Law.

**WHEREFORE,** Defendants respectfully pray that their Motion for Summary Judgment or in the Alternative Motion to Dismiss be granted.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: /s/ *B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2025, I electronically filed this document along with any exhibits with the Clerk of the Court using CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Robin Ruben Flores
4110-A Brainerd Road
Chattanooga, TN 37411

                                          **SPICER RUDSTROM, PLLC**

                                  By:    */s/ B. Thomas Hickey, Jr.*
                                                  B. Thomas Hickey, Jr.