IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| THOMAS WILLIAM MORGAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No: 1:24-cv-303 |
| MARION COUNTY GOVERNMENT, LINDA MASON, RONNIE "BO" BURNETT, and DALE WINTERS, | ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants have manually filed the following because they are video files and cannot be filed through the courts ECF system:

1. Flash drive containing January 29, 2024 and June 24, 2024 meetings made the subject of the above-styled case. The contents of the flash drive can for convenience be viewed at the following:

   i. Dropbox:
   https://www.dropbox.com/scl/fo/at5i71n5isyjw3m75lr4d/ALh04iWGNzmM2E7E8eZR1g4?rlkey=iv5e3qkk2xg4mjm8wbyd9tqy9&st=5uvnzx3k&dl=0

   ii. ShareFile:
   https://spicerrudstrompllc.sharefile.com/d-scd54ee74493d4da48ede2ad19a5826cb

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: /s/ B. Thomas Hickey, Jr.
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendants
537 Market Street, Suite 203

Chattanooga, TN 37402
Telephone: (423) 756-0262
Facsimile: (423) 756-8489
thickey@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2025, I manually filed the instant pleading along with any exhibits with the Clerk of the Court and notice will be sent e-mail to the following attorney of record. I have also mailed a copy of this pleading and the referenced flash drive to the following attorney of record:

Robin Ruben Flores
4110-A Brainerd Road
Chattanooga, TN 37411

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr.