UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | | |
|---|---|---|
| THOMAS WILLIAM MORGAN, | § | |
| *Plaintiff*, | § | |
| | § | No 1:24-cv-00303-TRM-MJD |
| ~v~ | § | |
| MARION COUNTY GOVERNMENT, | § | JURY DEMAND |
| LINDA MASON, | § | |
| RONNIE "BO" BURNETTE, and | § | |
| DALE WINTERS, | § | |
| *Defendants*. | § | |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Thomas William Morgan, through counsel, and from an abundance of caution, and pursuant to E.D. TENN. L.R. 7.1(a), and FED. R. CIV. P., Rule 6(b), moves this Court to allow an **additional 30 days** to file his response to the Defendants' motion for summary judgment (DE 38).

The Defendants filed their motion on December 8, 2025. Plaintiff has 21 days thereafter to file his response. See E.D. TENN. L.R. 7.1(a). Consequently, Plaintiff's response is due on or before **December 29, 2025.** As the Court can see, the due date will require Plaintiff's counsel to draft a response through the holiday season.

Additionally, the parties agreed to take deposition of two individuals that could not be taken prior to the October 27, 2025 discovery cut off. Although a date was initially set for the County's Rule 30(b)(6) witness, that witness could not attend due to an unforeseen matter with the witness.

The other witness, Ruric Brandt, a Marion County Commissioner, was disclosed as a potential witness after testimony from Defendant Linda Mason revealed Brandt filed ethics complaints against County Commissioners and had concerns about the Marion County Commission not following the Robert's Rules of Order. However, Mr. Brandt was reluctant to attend a deposition set for November 13, 2025.

The parties have set December 15, 2025, to take the deposition of the Rule 30(b)(6) witness[1] and Mr. Brandt. Plaintiff continues efforts to serve Mr. Brandt with a subpoena for his deposition.

Plaintiff believes that these depositions are necessary for his response to the Defendants' motion for summary judgment.

**Wherefore,** Plaintiff moves this Court to for an extension to **January 28, 2025** to file his response to the Defendants' motion for summary judgment.

        Respectfully submitted,

By: /s/ Robin Ruben Flores
    **ROBIN RUBEN FLORES**
    **TENN. BPR #20751**
    **GA. STATE BAR #200745**
    Counsel for Plaintiff
    4110-A Brainerd Road
    Chattanooga, TN 37411
    423 / 267-1575  fax 267-2703
    robin@robinfloreslaw.com

CERTIFICATE OF SERVICE

I certify that I have delivered a copy of this witness list to all persons noted on the electronic filing receipt and so delivered on the date and time shown on the same receipt.

By: /s/ Robin Ruben Flores

---

[1] See DE 37.