## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-CV-303 ) |
| MARION COUNTY GOVERNMENT, et al, | ) ) ) |
| Defendants. | ) |

## MOTION TO QUASH SUBPOENAS

Comes now a third party to this matter, and County Commissioner of Marion County, Tennessee, RURIC BRANDT, by and through the undersigned counsel, and pursuant to Rules 45(d)(1) and 45(d)(3)(A)(i) of the *Federal Rules of Civil Procedure*, respectfully moves this Honorable Court for an Order quashing the following subpoenas issued at the request of Plaintiff, Thomas William Morgan:

1. Subpoena to Ruric Brandt requiring his attendance to testify in a deposition on Wednesday, December 3, 2025 at 4:02 pm at 537 Market Street, Ste 203, Chattanooga, TN 37402 (attached hereto as Exhibit A);

2. Subpoena to Ruric Brandt requiring his attendance to testify in a deposition on Monday, December 15, 2025 at 9:00 am at 537 Market Street, Ste 203, Chattanooga, TN 37402 (attached hereto as Exhibit B);

3. Both subpoenas were personally served on Ruric Brandt on the evening of Tuesday, December 9, 2025.

4.     The subpoena requiring Mr. Brandt's attendance on Wednesday, December 3, 2025 was served on him approximately six (6) days after the noticed date, and as such, should obviously be quashed.

5.     The subpoena requiring Mr. Brandt's attendance on Monday, December 15, 2025 was served on him less than six (6) calendar days before the scheduled deposition, and as such, he was not afforded adequate time to consult with and retain counsel and/or to prepare for his deposition and/or arrange his schedule. As such, said subpoena should likewise be quashed pursuant to Rules 45(d)(1) and 45(d)(3)(A)(i) of the *Federal Rules of Civil Procedure* for failing to provide adequate time to comply.

**LAW OFFICE OF SAMUEL F. HUDSON, PLLC**

By:     **/s/ SAMUEL F. HUDSON**
**SAMUEL F. HUDSON, BPR # 22852**
P.O. Box 485
Dunlap, Tennessee 37327
Telephone: (423) 949-7900
Facsimile: (423) 949-9100
Email: sam.hudson@hudsonlawoffices.org
*Attorney for Ruric Brandt*

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been sent via the court electronic filing system to:

Robin Ruben Flores, Esq.
4110-A Brainerd Road
Chattanooga, Tennessee 37411
robin@robinfloreslaw.com

This the 12th day of December, 2025

**/s/ SAMUEL F. HUDSON**
**SAMUEL F. HUDSON**

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| THOMAS WILLIAM MORGAN <br> *Plaintiff* <br> v. <br> MARION COUNTY GOVERMENT, et al <br> *Defendant* | Civil Action No. 1:24-CV-303 |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: RURIC BRANDT
ruric@ruricit.onmicrosoft.com

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 537 Market St, Ste 203, Chatt., TN 37402 | Date and Time: 12/03/2025 4:02 pm |
|---|---|

The deposition will be recorded by this method: COURT REPORTER STENOGAPHER

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

_____   OR   _____
*Signature of Clerk or Deputy Clerk*             *Attorney's Signature*

CLERK OF COURT

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* THOMAS WILLIAM MORGAN , who issues or requests this subpoena, are:

Robin Ruben Flores, 4110-A Brainerd Rd, Chatt TN 37411  robin@robinfloreslaw.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

EXHIBIT A

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

THOMAS WILLIAM MORGAN
　　　　Plaintiff
　　　　v.
MARION COUNTY GOVERMENT, et al
　　　　Defendant

Civil Action No. 1:24-CV-303

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: RURIC BRANDT
ruric@ruricit.onmicrosoft.com
*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: 537 Market St, Ste 203, Chatt., TN 37402 | Date and Time: DEC 15, 2025 9AM EASTERN TIME |
|---|---|

The deposition will be recorded by this method: COURT REPORTER STENOGAPHER

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT　　　　　　　OR　　　*/s/ [signature]*
*Signature of Clerk or Deputy Clerk*　　　　　*Attorney's Signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
THOMAS WILLIAM MORGAN _____, who issues or requests this subpoena, are:

Robin Ruben Flores, 4110-A Brainerd Rd, Chatt TN 37411 robin@robinfloreslaw.com

Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Galaxy S24 Ultra

EXHIBIT B