# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA

| | | |
|---|---|---|
| THOMAS WILLIAM MORGAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | No 1-24-cv-00303-TRM-MJD |
| ~v~ | § | |
| | § | |
| MARION COUNTY GOVERNMENT, | § | JURY DEMAND |
| | § | |
| LINDA MASON, | § | |
| | § | |
| RONNIE "BO" BURNETTE, and | § | |
| | § | |
| DALE WINTERS, | § | |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF PAGES FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff, through counsel, pursuant to E.D. Tenn., LR 7.1(b), moves this Court for permission to submit his response to the Defendants' motion for summary judgment more than 25 pages. Plaintiff's extensive citation to deposition testimony, and review and recitation of video evidence, in addition to arguments on the four Defendants' claims necessitate the additional pages. The Defendants do not oppose the motion.

Wherefore, Plaintiff requests an additional 20 pages for a total of 45 pages.

Respectfully submitted,

~ 1 ~

By: /s/ *Robin Ruben Flores*

**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Counsel for Plaintiff
4110-A Brainerd Road
Chattanooga, Tennessee 37411
423. 267.1575 / fax 267.2703
robin@robinfloreslaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to the persons listed on the ECF/CM receipt on the dates listed thereupon

/s/ *Robin Ruben Flores*

~ 2 ~