UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-303-TRM-MJD ) |
| MARION COUNTY GOVERNMENT, et al., | ) ) |
| Defendants. | ) |

## ORDER

Before the Court is a Motion to Quash Subpoenas filed by Marion County Commissioner Ruric Brandt, who is not a party to this case [Doc. 44 ("Motion")]. Plaintiff Thomas William Morgan, who issued and served the subpoenas at issue in the Motion, filed a response stating he "does not oppose" the Motion and that the Motion "should be granted." [Doc. 45 at Page ID # 407]. Accordingly, the Motion [Doc. 44] is **GRANTED** as unopposed, and the subpoenas [Doc. 44 at Page ID # 405–06] are **QUASHED**.

SO ORDERED.

ENTER:

/s/ _____
MIKE DUMITRU
UNITED STATES MAGISTRATE JUDGE