# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA

| | | |
|---|---|---|
| THOMAS WILLIAM MORGAN, | § § § | |
| *Plaintiff*, | § § | No 1:24-cv-00303-TRM-MJD |
| ~v~ | § § | |
| MARION COUNTY GOVERNMENT, | § § | JURY DEMAND |
| LINDA MASON, | § § | |
| RONNIE "BO" BURNETTE, and | § § | |
| DALE WINTERS, | § § | |
| *Defendants*. | § | |

## PLAINTIFF'S SUPPLEMENT TO RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff, through counsel, submits the following to clarify a phrase in the brief that may confuse the reader.

The phrase, located in the middle of the page, reads:

"Additionally, and uniquely, Plaintiff's removal at the hands of the only two law enforcement officers present while no one from the commission or the commission attorney sat silent further contradicts the claims by the County and Mason." (DE 51, PageID #: 665).

That phrase should read:

"Additionally, and uniquely, Plaintiff's removal at the hands of the only two law enforcement officers present while members of the commission or the

~ 1 ~

commission attorney sat silent further contradicts the claims by the County and Mason."

Respectfully submitted,

By: /s/ *Robin Ruben Flores*
**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Counsel for Plaintiff
4110-A Brainerd Road
Chattanooga, Tennessee 37411
423. 267.1575 / fax 267.2703
robin@robinfloreslaw.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to the persons listed on the ECF/CM receipt on the dates listed thereupon

/s/ *Robin Ruben Flores*