UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, § § § *Plaintiff*, § § No 1-24-cv-00303-TRM-SKL § ~v~ § § MARION COUNTY GOVERNMENT, § JURY DEMAND § LINDA MASON, § § RONNIE "BO" BURNETTE, and § § DALE WINTERS, § § *Defendants*. § | |

## PLAINTIFF'S PRETRIAL DISCLOSURES

Plaintiff, through counsel, pursuant to this Court's order (DE 36), and pursuant to Fed. R. Civ. P., Rule 26(a)(3)(A)(ii), and (iii), had submits the following:

1. There are no witnesses whose testimony Plaintiff expects to present by deposition.

2. The Plaintiff expects to offer the following exhibits at trial:

   a. Videos of the January 29, 2024, and the June 24, 2024 commission meetings as noted in DE 39-15 and DE 40 and as manually filed.

   b. June 24, 2024 commission meeting minutes.

   c. Jan. 29, 2024 commission meeting minutes.

~ 1 ~

  d. June 24, 2024 commission meeting agenda.

  e. June 22, 2025 commission meeting agenda.

  f. Marion County Sheriff's Office policy excerpts.

  g. All documents necessary for rebuttal.

3. The Plaintiff may offer at trial as the need arises:

  a. Deposition of Linda Mason.

  b. Interrogatory responses of Linda Mason.

  c. Deposition of Ronnie Burnett.

  d. Interrogatory responses of Ronnie Burnett.

  e. Deposition of Dale Winters.

  f. Interrogatory responses of Dale Winters.

Respectfully submitted:

By: /s/ *Robin Ruben Flores*
**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Counsel for Plaintiff
4110-A Brainerd Road
Chattanooga, Tennessee 37411
423. 267.1575 / fax 267.2703
robin@robinfloreslaw.com

CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing document to the persons listed on the ECF/CM receipt on the dates listed thereupon

/s/ *Robin Ruben Flores*

~ 2 ~