IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case No: 1:24-cv-303 |
| MARION COUNTY GOVERNMENT, LINDA MASON, RONNIE "BO" BURNETT, and DALE WINTERS, | ) **JURY DEMAND** ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' PRETRIAL DISCLOSURES

Defendants, by and through counsel, and pursuant to the Court's Scheduling Order [Doc. 36] and Rule 26(a)(3)(A)(ii)-(iii) of the *Federal Rules of Civil Procedure*, files with the Court their Pretrial Disclosures as follows:

A.  Deposition testimony - F.R.C.P. 26(a)(3)(A)(ii)

Defendants do not expect to present the testimony of any witness by deposition.

B.  Exhibit List - F.R.C.P. 26(a)(3)(A)(iii)

Defendants identify the following documents and other exhibits they expect to offer at the trial of this case:

1. All documents and/or other materials identified by Plaintiff;

2. Video recordings (applicable excerpts) of the Marion County Commission meetings on January 29, 2024 and June 24, 2024;

3. Marion County Commission meeting agendas for the meetings conducted on January 29, 2024 and June 24, 2024;

4. Marion County Commission minutes for the meetings conducted on January 29, 2024 and June 24, 2024;

5. Marion County Sheriff's Office policies and procedures;

6. Training and personnel files of Defendant Dale Winters, including POST certification training;

7. Training and personnel files of Defendant Sheriff Ronnie Burnett, including POST certification training;

8. Marion County, Tennessee personnel policy;

9. Any Document produced by Plaintiff and/or Defendants in response to discovery requests (requests to produce);

10. Plaintiff's and/or Defendants' answers to interrogatories;

11. Plaintiff's and/or Defendants' depositions and/or excerpts of the same along with exhibits to any deposition taken in this case including Plaintiff's parody website for Marion County made an exhibit to Plaintiff's deposition;

12. Documents regarding Plaintiff's application for qualification to run for commissioner for Marion County (documents not yet obtained);

13. Any document obtained pursuant to subpoena;

14. Any document identified by any party in initial disclosures and/or any supplement to the same;

15. Any document needed for rebuttal and/or impeachment of any witness called to testify at trial; and

16. Any pleading, original and/or amended, along with any exhibits to any pleading filed in this case.

Respectfully submitted,

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
    B. Thomas Hickey, Jr., BPR#019105
    Attorney for Defendants
    537 Market Street, Suite 203
    Chattanooga, TN 37402
    P: (423) 756-0262
    F: (423) 756-8489
    thickey@spicerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2026, I electronically filed this document along with any exhibits with the Clerk of the Court using CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

Robin Ruben Flores
4110-A Brainerd Road
Chattanooga, TN 37411

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
    B. Thomas Hickey, Jr.