# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARION COUNTY GOVERNMENT, ) <br> LINDA MASON, RONNIE "BO" ) <br> BURNETT, and DALE WINTERS, ) <br> ) <br> Defendants. ) | Case No: 1:24-cv-303 <br><br> **JURY DEMAND** |

## JOINT NOTICE OF CASE RESOLUTION

Now come the parties, by and through counsel, and pursuant to Rule 68.1 of the Local Rules of the United States District Court for the Eastern District of Tennessee announce to the Court that they have resolved all issues in dispute and made the subject of the above-styled case or which could have been made the subject of the above-styled case. The parties will file a joint stipulation of dismissal with prejudice pursuant to the resolution of this matter.

This 11th day of February, 2026.

Respectfully submitted,

By:    */s/ Robin Ruben Flores (by BTHjr. w/perm)*
          Robin Ruben Flores, BPR#20751
          Attorney for Plaintiff
          4110-A Brainerd Road
          Chattanooga, TN 37411
          P: 423-267-1575
          F: 423-267-2703
          robin@robinfloreslaw.com

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com