UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, ) <br> ) <br> *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> MARION COUNTY GOVERNMENT, *et al.*, ) <br> ) <br> ) <br> *Defendants*. ) | Case No. 1:24-cv-303 <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Michael J. Dumitru |

## ORDER

This matter is before the Court for case-management purposes. On February 11, 2026, the parties informed the Court that they settled the present matter. (*See* Doc. 56.) As such, all previous deadlines in this matter are **STAYED**. The parties **SHALL** file a stipulation of dismissal on or before **March 9, 2026**. The parties are hereby **ON NOTICE** that the Court may dismiss this action pursuant to Federal Rule of Civil Procedure 41(b) if a stipulation is not filed by this deadline.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**