# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| THOMAS WILLIAM MORGAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No: 1:24-cv-303 |
| MARION COUNTY GOVERNMENT, LINDA MASON, RONNIE "BO" BURNETT, and DALE WINTERS, | ) ) **JURY DEMAND** ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND ON THE MERITS

Now come the parties in the above-styled and pursuant to Rule 41 of the *Federal Rules of Civil Procedure* file with the Court their stipulation and notice of voluntary dismissal with prejudice and on the merits Plaintiff's complaint and any amended complaints. The parties further announce through counsel that they have fully and finally resolved and compromised all matters that were or could have been raised and asserted in the above litigation against each other and the parties desire that the instant dismissal with prejudice and on the merits be filed of record and that the above case be dismissed with prejudice and on the merits.

Respectfully submitted,

By: /s/ Robin Ruben Flores (by BTHjr. w/perm)
Robin Ruben Flores, BPR#20751
Attorney for Plaintiff
4110-A Brainerd Road
Chattanooga, TN 37411
P: 423-267-1575
F: 423-267-2703
robin@robinfloreslaw.com

**SPICER RUDSTROM, PLLC**

By: */s/ B. Thomas Hickey, Jr.*
B. Thomas Hickey, Jr., BPR #019105
Attorney for Defendants
537 Market Street, Suite 203
Chattanooga, TN 37402
P: (423) 756-0262
F: (423) 756-8489
thickey@spicerfirm.com